Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Jeffrey W. Thomas

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JEFFREY W. THOMAS, | Case No.: 2:19-cv-01949-DMC |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | (FIRST REQUEST) |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE DENNIS M. COTA, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to extend the time in which plaintiff must file his motion for summary judgment for a period of 14 days to and including February 6, 2020, and that all subsequent deadlines set forth in the Court's Scheduling Order, Doc. No. 3, are extended accordingly.

This request is made on behalf of counsel for plaintiff who has had to take significant time off work nursing his significant other before and after surgery. Counsel represents that this request is not made to unduly delay proceedings. On behalf of counsel for plaintiff, the parties request the granting of this request for the proper briefing of this matter.

IT IS SO STIPULATED.

DATE: January 24, 2020   Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Young Cho*
_____
Young Cho
Attorney for plaintiff JEFFREY W. THOMAS

Date: January 24, 2020   McGREGOR W. SCOTT
United States Attorney

BY: /s/ *Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant ANDREW SAUL,
Commissioner of Social Security
(Per email authorization)

**ORDER**

Approved and so ordered:

Dated: January 29, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE